UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: BILLY JASON HARWELL

LYNN H. MARTINEZ,
Chapter 7 Trustee,

    Appellant,

v.                                                    Case No.  8:09-cv-703-T-JSM

STEVEN D. HUTTON and
STEVEN D. HUTTON, P.L.,

    Appellees.
_____/

**ORDER**

THIS COURT's Order on appeal was reversed by the Eleventh Circuit with instructions for the case to be remanded to the Bankruptcy Court.  It is therefore

ORDERED AND ADJUDGED that:

1.    This case is remanded to the Bankruptcy Court for further proceedings consistent with the Order (Dkt. #23) of the Eleventh Circuit.

2.    The Clerk shall close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Bankruptcy Judge Michael G. Williamson (Adv. Pro. No. 8:08-mp-2-MGW)
Counsel/Parties of Record

S:\Odd\2009\09-cv-703.bk appeal.frm